IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ALAHJUAN P. GEORGES,
Plaintiff,

v.   Civil No. 3:24cv505 (DJN)

DR. TERRASOVA, *et al.*,
Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on September 20, 2024, the Court directed Plaintiff to pay an initial partial filing fee of $14.00 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Final Order shall issue.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: October 25, 2024